USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-9-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------

UNITED STATES OF AMERICA,

        -against-

KAHRON ROBINSON,

        Defendant.

-------------------------------------------------

23 Cr. 665 (LAK)

## KAHRON ROBINSON'S MOTION TO DISMISS THE INDICTMENT

Federal Defenders of New York
Attorney for Kahron Robinson
52 Duane Street - 10th Floor
New York, New York 10007
Tel.: (212) 417-8735

Zawadi S. Baharanyi

*Of Counsel*

To:  Damian Williams, Esq.
     United States Attorney
     Southern District Of New York
     One St. Andrew's Plaza
     New York, New York 10007
     Attn:  Emily Deininger, Esq.
          Assistant United States Attorney

Memo Endorsement                               United States v Robinson, 23-cr-0665 (LAK)

      The motion is denied substantially for the reasons advanced by the government. The Court commends both counsel for especially well done briefing.

      SO ORDERED.

Dated: 4/9/24

_____
Lewis A. Kaplan
United States District Judge