```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    1:23-CR-00665-LAK-1
     -against-                      :
                                    :    ORDER
Kahron Robinson                     :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

Lewis A. Kaplan, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the GPS component of the home detention condition and ask that the location monitoring equipment be determined by Pretrial Services.

Dated: New York, New York
April 22, 2024

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge