# Federal Defenders
## OF NEW YORK, INC.

52 Duane Stree[t]
Tel: (2[...])

*Tamara Giwa*
*Executive Director and*
*Attorney-in-Chief*

*Attorney-in-Charge*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2024

# MEMO ENDORSED

July 1, 2024

**BY ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Granted to the extent that the defendant may attend the family barbecue on July 4 from 2 p.m. until 7 p.m. and otherwise denied.
>
> SO ORDERED    7/2/2024
> /s/ Lewis A. Kaplan, USDJ

Re: **United States v. Kahron Robinson,
23 Cr. 665 (LAK)**

Dear Judge Kaplan,

Kahron Robinson, through undersigned counsel, respectfully requests a temporary bail modification to permit him to leave his home on Thursday, July 4, from 2:00 p.m. to 11:00 p.m., so that he may attend a family holiday cookout at Riverbank State Park in Manhattan.

Mr. Robinson has been on home detention since October 2023. This Court has previously granted him permission to leave his home for family social events on several occasions—most recently events on Mother's Day weekend in May—and he has returned home without incident on each occasion.

Pretrial advises that it objects "per policy" to social requests for defendants on home detention, but it has not identified any specific issue with Mr. Robinson's compliance with supervision or with this request. The government defers to Pretrial.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Emily Deininger
      USPSOs Dominique Jackson and Francesca Piperato (by email)