# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/24

July 11, 2024

**BY ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States v. Kahron Robinson,**
     **23 Cr. 665 (LAK)**

Dear Judge Kaplan,

I write with the consent of Pretrial Services to request that the Court replace Mr. Robinson's home-detention bail condition with a curfew, the hours of which would be set by Pretrial Services.

Mr. Robinson has been on home detention since October 2023. Since that time, he has made a number of positive steps, including maintaining employment, legitimizing and verifying his dog breeding business, engaging in weekly treatment for marijuana use, and participating in and graduating from the Focus Forward program.

Pretrial Services has advised me that it "would be in agreement to step the defendant down to curfew (hours to be set by Pretrial)" at this time. The government defers to Pretrial Services.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:  AUSA Emily Deininger
     USPSOs Dominique Jackson (by email)

Granted

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ
7/12/24