**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

## MEMO ENDORSED

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-10-24

September 9, 2024

**BY ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Kahron Robinson,**
      **23 Cr. 665 (LAK)**

Dear Judge Kaplan,

  I write to request that the Court adjourn Kahron Robinson's sentencing, which is now scheduled for September 26, 2024, to Wednesday, October 9, 2024, at 2:00 p.m., when I understand the Court and both parties are available. The reason for this request is that I recently took over the representation of Mr. Robinson from a colleague and I need additional time to prepare to effectively represent him in connection with his sentencing.

  The government has no objection to this request.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Emily Deininger

SO ORDERED Granted,

LEWIS A. KAPLAN, USDJ
9/10/24