UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>KAHRON ROBINSON,<br><br>Defendant. | 23 Cr. 665 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

WHEREAS a summons was issued on July 21, 2026 by Judge Ronnie Abrams, sitting in Part I, directing Defendant Robinson to appear on July 24, 2026 at 4:00 p.m. to answer to alleged violations of the conditions of his supervised release.

WHEREAS Defendant's counsel is not available on July 24, 2026.

WHEREAS all parties are available on August 3, 2026, at which point the Court will be sitting in Part I.

It is hereby ORDERED that the parties appear for a presentment and initial conference on **August 3, 2026** at **2:00 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: July 23, 2026
New York, New York

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge
Part I